STEWART GOLLAN          USB # 12524
UTAH LEGAL CLINIC
Cooperating Attorneys for
UTAH CIVIL RIGHTS &
    LIBERTIES FOUNDATION, INC.
214 East Fifth South Street
Salt Lake City, Utah  84111-3204                    **ATTORNEY FOR PLAINTIFFS**
Telephone:  (801)  328-9531
ulcr2d2c3po@utahlegalclinic.com

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND,** *et al.,* | **ORDER FOR PRO HAC VICE ADMISSION** |
| Plaintiffs, | |
| v. | Case No. 2:13-cv-00679-RJS |
| **GARY R. HERBERT**, in his official capacity as Governor of Utah, *et al.*, | Judge Robert J. Shelby |
| Defendants. | |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of DUCiv R. 83-1.1(d), the motion for the *pro hac vice* admission of Matthew Strugar in the United States District Court, District of Utah in the subject case is GRANTED.

Dated this __2nd__ day of August, 2013.

BY THE COURT:

_____
ROBERT J. SHELBY
DISTRICT JUDGE