Stewart Gollan (Utah Bar No. 12524)
Utah Legal Clinic
214 East Fifth South Street, Salt Lake City, UT 84103
(801) 328-9531; stewartgollan@utahlegalclinic.com

Justin Marceau (Calif. Bar No. 243479)[1]
2255 E. Evans Avenue, Denver, CO 80208, jmarceau@law.du.edu

Matthew Liebman (Calif. Bar No. 248861)[1]
170 East Cotati Avenue, Cotati, CA 94931, mliebman@aldf.org

Matthew Strugar (Calif. Bar No. 232951)[1]
2154 W. Sunset Blvd., Los Angeles, CA 90026, matthew-s@petaf.org

Alan Chen (Illinois Bar No. 6197902)[1]
2255 E. Evans Avenue, Denver, CO 80208, achen@law.du.edu

Ed Ramey (Colo. Bar No. 6748)[1]
Heizer Paul, LLP,
2401 15th Street, Suite 300, Denver, CO 80202, eramey@hpfirm.com

**ATTORNEYS FOR PLAINTIFFS**

---

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**GARY R. HERBERT**, in his official capacity as Governor of Utah, *et al.,*<br><br>Defendants. | **ORDER GRANTING PLAINTIFFS' STIPULATED MOTION FOR LEAVE TO TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:13-cv-00679-RJS<br><br>Judge Robert J. Shelby |

---

[1]Admitted *pro hac vice*

Based upon Plaintiffs' Stipulated Motion to File An Overlength Memorandum in Opposition to Defendants' Motion to Dismiss, and for other good cause appearing thereon,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs may file a memorandum in opposition to Defendants' Motion to Dismiss (Doc. # 24) containing not more than thirty (30) pages of argument, exclusive of face sheet, table of contents, concise introduction, response to the statement of elements and undisputed material facts, any statement of additional elements and/or undisputed material facts, table of exhibits, and exhibits.

Dated this  3rd  day of December, 2013.

BY THE COURT

_____
ROBERT J. SHELBY
United States District Judge

Approved as to form and content:

    UTAH ATTORNEY GENERAL'S OFFICE
    Attorneys for Defendants

        */s/ Kyle Kaiser*[2]
    by_____
      KYLE KAISER

---

[2] E-signed by Plaintiffs' counsel on behalf of Defendants' counsel with permission.