# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, COUNTERPUNCH, AMY MEYER, WILL POSTTER, DANIEL HAUFF, JAMES McWILLIAMS, JESSE FRUHWIRTH,<br><br>Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; SEAN D. REYES, in his official capacity as Attorney General of Utah,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br><br>Case No. 2:13-cv-00679-RJS<br>Judge: Robert J. Shelby<br>Magistrate Judge Evelyn J. Furse |

Based on the Plaintiffs' and Defendants' (collectively the "Parties"), Stipulated Motion to Amend Scheduling Order, the age of the case, and for good cause shown, the Court hereby modifies the Scheduling Order in this case as follows:

**2.    DISCOVERY LIMITATIONS**

    i.    Last day to serve written discovery:    *07/17/2015*

    j.    Close of fact discovery:    *08/17/2015*

**4.    RULE 26(a)(2) REPORTS FROM EXPERTS**

    a.    Parties bearing burden of proof    *9/17/2015*

    b.    Counter reports    *10/16/2015*

5.  **OTHER DEADLINES DATE**

    a.  Last day for Expert discovery *11/16/2015*

    b.  Deadline for filing dispositive or potentially dispositive motions *12/16/2015*

    c.  If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date. *12/21/2015 at 2:00 pm*

    d.  Deadline for filing partial or complete motions to exclude expert testimony *12/04/2015*

6.  **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION DATE**

    a.  Referral to Court-Annexed Mediation:   No

    b.  Referral to Court-Annexed Arbitration   No

    c.  The parties will complete Private Mediation/Arbitration by:   N/A

    d.  Evaluate case for Settlement/ADR on   30 days after court rules on all dispositive motions

    e.  Settlement probability:   poor

7.  **TRIAL AND PREPARATION FOR TRIAL**

    At the time of argument on motions for summary judgment, the court will discuss the scheduling of trial. Counsel should come to the hearing prepared to discuss possible trial dates. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the 3d quarter of 2016.

8.  **OTHER MATTERS**

    Counsel should contact chambers staff of the judge presiding in the case regarding Markman motions to determine the desired process for filing and hearing of such motions. Parties should file all such motions and Motions in Limine well in advance of the Final Pre Trial.

    All other deadlines shall remain unchanged.

DATED: July 14, 2015

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge