EXHIBIT "B"

Dr. Amy Kristin Sanders's CV

# AMY KRISTIN SANDERS
Associate Professor of Mass Communication and Law
University of Minnesota

## ACADEMIC APPOINTMENTS
***University of Minnesota – Twin Cities***
*School of Journalism & Mass Communication*

| | |
|---|---|
| Tenured Associate Professor | August 2013-present |
| Assistant Professor | August 2007-July 2013 |

*Law School*

| | |
|---|---|
| Affiliate Faculty Member | July 2009-present |

***University of Florida***

| | |
|---|---|
| Instructor of Record, College of Journalism and Communications | Spring 2006 |

    Course: MMC 4200 Mass Communication Law

| | |
|---|---|
| Teaching Assistant, College of Journalism and Communications | Spring 2005, Fall 2005 |

    Course: MMC 4200 Mass Communication Law

| | |
|---|---|
| Research Assistant, Marion Brechner Citizen Access Project | Jan. 2004-Jan. 2005 |

***University of Iowa***

| | |
|---|---|
| Teaching Assistant, School of Journalism & Mass Communication | Spring 2003 |

    Course: 019:134 Television News

| | |
|---|---|
| Research Assistant, University of Iowa Law Library | May 2002-August 2003 |

## EDUCATION

**University of Florida** (Gainesville, Fla.)     December 2007
Doctor of Philosophy in Mass Communication with emphasis in First Amendment Law
    Defining Defamation: Community, Plaintiff Status & Harm in the Age of the Internet
    Dissertation advisers: Dr. Bill F. Chamberlin and Dean John W. Wright

**University of Iowa** (Iowa City, Iowa)     December 2003
Juris Doctorate with emphasis in First Amendment Law

Master of Arts in Professional Journalism
    15 Years Later: *Hazelwood v. Kuhlmeier* and Journalism Education in St. Louis Schools
    Project committee: Dr. Daniel Berkowitz, Randy Bezanson & Stephen Bloom

**Truman State University** (Kirksville, Mo.)     Aug. 2001
Bachelor of Arts in Communication: Journalism emphasis
Bachelor of Science in Justice Systems
    Senior Research Project: *Kincaid v. Gibson:* Preservation of the College Free Press?
    Project chair: H. Martin Jayne

## PROFESSIONAL LICENSURES

| | |
|---|---|
| Florida Bar Association, member | Jan. 2006-present |
| Missouri Bar Association, member | Aug. 2006-present |

**HONORS & AWARDS**
**Research Awards**
Top Research Paper, Broadcast Education Assn., Open Division – Law, 2013
Top Research Paper, Broadcast Education Assn., Open Division – Curriculum, 2012
Second Place Research Paper, Broadcast Education Assn., Debut – Law, 2008
Third Place Research Paper, Assn. for Education in Journalism & Mass Communication –
    Public Relations, 2000

**Academic Honors**
Law Merit Fellowship: University of Iowa College of Law's full-tuition scholarship, 2001-2003
    -Funded the completion of Juris Doctorate and Master's Degree in Journalism in less than three
     years while working 20 hours per week as research/teaching assistant

**RESEARCH & SCHOLARSHIP**
**Grants: External Sources**
The Institute for Humane Studies' Hayek Fund for Scholars Grant, $350, April 2012
    -Partially funded presentation of the article *What is the Status Quo? A Survey of
    Communication Law Courses in U.S. Journalism & Mass Communication Programs* at the
    2012 Broadcast Education Association national conference.

Institute for Constitutional History Summer Research Seminar, Tuition/Stipend, Summer 2011
    -Resulted in the production of the article *On the Road to Tenure: Thou Shall Not Blog?*, which
    was presented to the National Communication Association's Freedom of Expression division
    at its 2012 national conference.

The Institute for Humane Studies' Hayek Fund for Scholars Grant, S500, January 2008
    -Partially funded attendance at the Oxford Round Table on Cyberspace Regulation in
    summer 2008. Attendance resulted in being asked to join the *First Amendment and Fourth
    Estate* law school casebook as a co-author with T. Barton Carter, Marc A. Franklin and Jay B.
    Wright. Also provided initial discussion that prompted research related to anonymous
    commenters on websites.

**Grants: University of Minnesota**
University of Minnesota Competitive Research Course Release (.25 FTE), Spring 2012
    -Used to begin research in anticipation of application for National Science
    Foundation's Law & Society grant to fund a study of defamation, ag-gag laws and food
    policy.

University of Minnesota Grant-In-Aid, $26,191, January 2010-August 2011
    -Funded completion of data collection and initial analysis for FCC research project
    that has resulted in multiple research papers and presentations.

University of Minnesota Single-Semester Research Leave (.5 FTE), Fall 2009
    -Used to initiate a large-scale data analysis project of four decades worth of
    administrative actions taken against radio and television broadcasters by the
    Federal Communications Commission (FCC).

University of Minnesota Faculty Summer Research Fellowship, $6,000, Summer 2008
    -Resulted in the initial draft of the article *Re-Defining Defamation: Psychological
    Sense of Community in the Age of the Internet,* which is forthcoming in
    *Communication Law and Policy.*

University of Minnesota Office of International Programs Travel Grant, May 2008
>    -Partially funded presentation of the article *Defining Defamation: Community in the Age of the Internet* at the 2008 International Communication Association Conference in Montreal, Canada.

University of Minnesota European Studies Consortium Faculty Travel Grant, March 2008
>    -Partially funded attendance at the Oxford Round Table on Cyberspace Regulation in summer 2008.

### Grants Under Review
University of Minnesota Institute for Advanced Studies Fellowship (.5 FTE), submitted Fall 2013
>    -Requested single-semester research fellowship and teaching release to continue research necessary to apply for National Science Foundation's Law & Society grant to fund a study of defamation, ag-gag laws and food policy. Decisions expected Spring 2014.

### Students Supervised on Grants: University of Minnesota
Sarah J. Arendt – University Research Opportunity Program, Spring 2009 - $1,550
>    -Used to complete the initial research for the article *Bloggers as Limited-Purpose Public Figures: New Standards for a New Medium*, which was published as the lead article by the Journal of Media Law and Ethics in 2010.

## PUBLICATIONS
### Law School Casebook
T. BARTON CARTER, MARC A. FRANKLIN, AMY KRISTIN SANDERS & JAY A. WRIGHT, FIRST AMENDMENT AND THE FOURTH ESTATE (11th ed. Foundation Press, 2012). Author's chapters include: Introduction: The Legal System; Introduction: Freedom of Expression; Privacy; Liability for Harm; National Security; Obscenity & Indecency; Press Coverage of the Administration of Justice; Confidentiality in Newsgathering; Newsgathering from Non-Judicial Sources; and Access to the Media.
>    -*Casebook is used by law schools as well as graduate and undergraduate journalism and mass communication programs.*

### Book Chapter
*Obscenity, Cyber-bullying & Sexting.* Forthcoming in SOCIAL MEDIA & THE LAW (Daxton Stewart, JD/Ph.D, ed.). Routledge Publishing.
>    -*Peer-reviewed publication by a division of the Taylor & Francis publishing group.*

### Encyclopedia Articles
*Defamation.* Forthcoming in ENCYCLOPEDIA OF DIGITAL COMMUNICATION & SOCIETY (Robin Mansell & Pen Hwa Ang, eds.). Wiley-Blackwell Publishing.

### Journal Articles
Amy Kristin Sanders, *Fast Forward Fifty Years: Defining Public Plaintiff Status after* New York Times v. Sullivan. *Forthcoming in* University of Georgia Law Review (2014).
>    -*Part of a symposium edition that includes work by Rodney Smolla, Lyrissa Lidsky, and others*

Amy Kristin Sanders & Holly Miller[+], *Revitalizing* Rosenbloom: *The Matter of Public Concern Standard in the Age of the Internet.* Forthcoming in First Amendment Law Review (2014).
>    -*Both authors conceptualized the problem and conducted legal analysis. Co-author conducted literature review.*

Amy Kristin Sanders & Richard Waters, *What about My Right to Privacy? A Case Study of Public Relations Professionals and Students Regarding the Screening of Social Media Profiles During the Job Interview Process.* 4 JOURNAL OF MEDIA EDUCATION 5-14 (2013). ***Lead article**

Amy Kristin Sanders & Natalie Hopkins Best[+], *Re-Defining Defamation: Psychological Sense of Community in the Age of the Internet.* 17 COMMUNICATION LAW & POLICY 355-384 (2012). (Funded by University of Minnesota's Faculty Summer Research Fellowship program). ***Among the top 20 most-read articles in Communication Law & Policy as of Oct. 2013.**

Amy Kristin Sanders, *Defining Defamation: Evaluating Harm in the Age of the Internet.* 3 JOURNAL OF MEDIA LAW AND ETHICS 110-133 (2012).

Amy Kristin Sanders & Patrick C. File[+], *Giving Users a Plain Deal: Contract-Related Media Liability for Unmasking Anonymous Users.* 16 COMMUNICATION LAW & POLICY 197-226 (2011).

Amy Kristin Sanders & Sarah J. Arendt[+], *Bloggers as Limited-Purpose Public Figures: New Standards for a New Medium.* 2 JOURNAL OF MEDIA LAW & ETHICS 5-27 (2010). ***Lead article**

Amy Jo Coffey & Amy Kristin Sanders, *Defining a Product Market for Spanish-Language Media: Lessons from United States v. Univision Communications Inc. and Hispanic Broadcasting.* 15 COMMUNICATION LAW & POLICY 55-89 (2010).
    -The acceptance rate for this volume of the journal was 7.6 percent

Amy Kristin Sanders, *Defining Defamation: Community in the Age of the Internet.* 15 COMMUNICATION LAW & POLICY 231-264 (2010). ***Among the top 10 most-read articles in Communication Law & Policy as of Oct. 2013.**
    -The acceptance rate for this volume of the journal was 7.6 percent.

Amy Kristin Sanders, *Defining Defamation: Plaintiff Status in the Age of the Internet.* 1 JOURNAL OF MEDIA LAW & ETHICS 155-185 (2009).

Amy Kristin Sanders, *When Is Enough Too Much? The Broadcast Decency Enforcement Act of 2005 and the Eighth Amendment's Prohibition on Excessive Fines*, 2 DUKE JOURNAL OF CONSTITUTIONAL LAW & PUBLIC POLICY 339-366 (2007).

Amy Kristin Sanders, *Market Definition, Merger Review, and Media Monopolization: Congressional Approval of the Corporate Voice Through the Newspaper Preservation Act*, 59 FEDERAL COMMUNICATION LAW JOURNAL 403-424 (2007).

Amy Kristin Sanders, *Narrow Lanes Ahead?: An Examination of Public Access to Information Regarding the Transportation of Hazardous Materials in a Post-9/11 World*, 29 ENVIRONS: ENVIRONMENTAL LAW & POLICY JOURNAL 126-148 (2005).

**Journal Articles Under Review**
Amy Kristin Sanders & Natalie Hopkins Best[+], *What is the Status Quo? A Survey of Communication Law Courses in U.S. Journalism & Mass Communication Programs.* On a revise & resubmit to Journalism & Mass Communication Educator.

Amy Kristin Sanders & Meagan Manning[+], *On the Road to Tenure, Thou Shall Not Blog? A Look at Legal Protections Versus Academic Freedom for University Professors.* Submitted to Journal of Media Law and Ethics.

**REFEREED RESEARCH CONFERENCES**
**Refereed Paper Presentations**
Amy Kristin Sanders & Holly Miller, *Revitalizing Rosenbloom: The Matter of Public Concern Standard in the Age of the Internet.* 2013 Broadcast Education Association national conference – Law Division. **\*Top Paper Award – Open Division.**

Amy Kristin Sanders & Meagan Manning[+], *On the Road to Tenure, Thou Shall Not Blog? A Look at Legal Protections Versus Academic Freedom for University Professors.* 2012 National Communication Association national conference – Freedom of Expression Division.

Amy Kristin Sanders & Natalie Hopkins Best[+], *Re-Defining Defamation: Psychological Sense of Community in the Age of the Internet.* 2012 Assoqiation for Education in Journalism and Mass Communication national conference – Law Division.

Amy Kristin Sanders & Natalie Hopkins Best[+], *The Calm Before the Storm? Indecency Regulation in the 1990s.* 2012 Association for Education in Journalism and Mass Communication national conference – Law Division. (Funded by University of Minnesota's Grant-in-Aid program and a Single-Semester Leave).

Amy Kristin Sanders & Natalie Hopkins Best[+], *What is the Status Quo? A Survey of Communication Law Courses in U.S. Journalism & Mass Communication Programs.* 2012 Broadcast Education Association national conference – Curriculum, Assessment & Administrative Division. **\*Top Paper Award – Open Division.**

Amy Kristin Sanders & Patrick C. File[+], *Giving Users a Plain Deal: Contract-Related Media Liability for Unmasking Anonymous Users.* 2010 Association for Education in Journalism and Mass Communication national conference – Newspaper Division.

Amy Kristin Sanders & Sarah J. Arendt[+], *Bloggers as Limited-Purpose Public Figures: New Standards for a New Medium.* 2009 Association for Education in Journalism and Mass Communication national conference – Law Division.

Amy Kristin Sanders, *Defining Defamation: Plaintiff Status in the Age of the Internet.* 2008 Association for Education in Journalism and Mass Communication national conference – Law Division.

Amy Kristin Sanders, *Defining Defamation: Community in the Age of the Internet.* 2008 International Communication Association international conference – Law & Policy Division.

Amy Kristin Sanders, *Persistence of Vision: The FCC's Indecency Battles with FOX and CBS.* 2008 Broadcast Education Association national conference – Law Division. **\*Top Paper Award – Debut Division.**

Amy Kristin Sanders, *Market Definition, Merger Review and Media Monopolization: Congressional Approval of the Corporate Voice through the Newspaper Preservation Act.* 2006 Association for Education in Journalism and Mass Communication national conference – Law Division.

Amy Kristin Sanders, *Twenty Years Later: The Rehnquist Court and the Marketplace of Ideas.* 2006 Association for Education in Journalism and Mass Communication Southeast Regional Colloquium – Law Division.

Amy Kristin Sanders, *Market Definition, Merger Review and Media Monopolization: Congressional Approval of the Corporate Voice through the Newspaper Preservation Act.* 2006 Association for Education in Journalism and Mass Communication Southeast Regional Colloquium – Law Division.

Amy Kristin Sanders, *Criminalizing Promises of Confidentiality: Answering an Ethical Question with a Legal Solution?* 2005 International Conference on Social Science Research.

Amy Kristin Sanders, *Narrow Lanes Ahead?: An Examination of Public Access to Information about the Transportation of Hazardous Materials in a Post-9/11 World.* 2005 Association for Education in Journalism and Mass Communication national conference – Law Division.

Amy Kristin Sanders, *When is Enough Too Much? The FCC, Indecency Regulation and the Eighth Amendment Prohibition on Excessive Fines.* 2005 Association for Education in Journalism and Mass Communication Southeast Regional Colloquium – Law Division

Amy Kristin Sanders & Amanda Jones, *Ego-involvement and Practitioners' Attitudes Toward Integrated Marketing Communication.* 2000 Association for Education in Journalism and Mass Communication National Conference – Public Relations Division.

**REFEREED RESEARCH SEMINAR PARTICIPATION**
Academic Freedom, Free Speech & The First Amendment. June 2011. Stanford University (sponsored/funded by The Institute for Constitutional History). Project: On the Road to Tenure: Thou Shall Not Blog?

**INVITED CONFERENCE PANEL/PAPER PRESENTATIONS/PARTICIPATION**
Amy Kristin Sanders. *Fast Forward Fifty Years: Defining Public Plaintiff Status in Defamation Cases after* New York Times v. Sullivan. November 2013. University of Georgia Law Review Symposium.

Amy Kristin Sanders. *Copyright Law in a Copycat Era.* November 2013. Society of Professional Journalists' JournCamp.

Amy Kristin Sanders. *Survey of Social Media Law: A Glimpse Around the Globe.* November 2013. Edward R. Murrow Program for Journalists funded by the U.S. State Department at the University of Minnesota.

Amy Kristin Sanders *et al. Devices and Crises: Communicating with Style and Substance When it Counts.* October 2013. Minnesota Association of Government Communicators.

Amy Kristin Sanders *et al.* The Courts, the Media & the First Amendment in Push-the-Envelope Times. May 2013. Law & Society Annual Conference.

Amy Kristin Sanders *et al. The Future of the Press and Privacy.* April 2013. Association for Education in Journalism and Mass Communication's 100th Anniversary Freedom of the Press Summit.

Amy Kristin Sanders, *Social Media Law in the Global Era.* November 2012. Edward R. Murrow Program for Journalists funded by the U.S. State Department at the University of Minnesota.

Amy Kristin Sanders, *Non-Anonymous Commenters and their Relationship with News Websites: A Case Study Approach.* October 2012. Brigham Young University School of Law Research Colloquium.

Amy Kristin Sanders, *The Calm Before the Storm: The FCC's Regulation of Broadcast Indecency in the 1990s.* April 2012. University of Minnesota Law School's Annual Faculty Luncheon.

Amy Kristin Sanders, *Justice and Journalism.* October 2011 (sponsored by the First Amendment Center and the Judicial Conference of the United States. A roundtable to develop curriculum for legal affairs training in U.S. journalism schools.

Amy Kristin Sanders, *Social Media & Its Legal Implication: Where Your Life Meets Journalism.* 2011 Media Law in the Digital Age (sponsored by Harvard Law School's Berkman Center for Internet & Society and the Center for Sustainable Journalism).

Amy Kristin Sanders, *Violence, Vulgarity & The First Amendment.* 2011 Constitution Day Celebration (sponsored by Marquette University School of Law and Deiderich College of Communication). September 2011.

Amy Kristin Sanders, *Issues in Teaching Mass Communication Law.* Law Division of the 2011 Association for Education in Journalism and Mass Communication National Conference. Organizer & moderator. August 2011.

Amy Kristin Sanders, *10 Things Every College Journalist Should Know About the Law,* Associated Collegiate Press Association's 2011 Summer Journalism Workshops. July 2011.

Amy Kristin Sanders, *Introduction to Accessible Electronic & Information Technology – What Every Law Firm Needs to Know in a Web 2.0 World.* Summer 2011. Continuing Legal Education series (sponsored by Minnesota CLE). June 2011°

Amy Kristin Sanders, *Community-Building 101: Legal and Ethical Issues in Online Speech.* 2011 MinneWebCon (sponsored by the University of Minnesota).  April 2011.

Amy Kristin Sanders & Natalie Hopkins-Best, *Re-Defining Defamation: Psychological Sense of Community in the Age of the Internet.* February 2011. Faculty Works in Progress series (sponsored by the University of Minnesota Law School).

Amy Kristin Sanders, Campaign Finance Reform & Citizens United. November 2011. Edward R. Murrow Program for Journalists funded by the U.S. State Department at the University of Minnesota.

Amy Kristin Sanders, *Safe Harbors: Building and Managing Online Communities.* 2010 Media Law in the Digital Age (sponsored by Harvard Law School's Berkman Center for Internet & Society and the Center for Sustainable Journalism). October 2010.

Amy Kristin Sanders, *Limiting Liability: Can Geo-locational and Other Technologies Help You?* 2010 MinneWebCon (sponsored by the University of Minnesota). April 2010.

Amy Kristin Sanders, *The FCC and Indecency Regulation after* Fox. Law Division of the 2009 Association for Education in Journalism and Mass Communication National Conference. August 2009.

Amy Kristin Sanders, *The DMCA & Me: Copyright in a Digital World,* 2009 MinneWebCon (sponsored by the University of Minnesota). April 2009.

Amy Kristin Sanders, *Internet Law & Liability.* Inaugural keynote address, 2008 MinneWebCon (sponsored by the University of Minnesota). April 2008.

---

° Presentation researched and prepared. Seminar canceled due to State Government Shutdown.

Amy Kristin Sanders, *The Conflict between Politics, Entertainment and Science: The Mass Media's Influence on Crime Policy*. The 2005 International Conference on Social Science Research.

### INVITED CONFERENCE ATTENDANCE
Oxford Roundtable on Cyberspace Regulation, March 2008 at Oxford University

### EXTERNAL CONSULTING WORK
Consultant for University of Northern Iowa on Social Media policies and practices. June 2013.

### LEGAL EXPERIENCE
*St. Charles County Prosecuting Attorney's Office* (St. Charles, Mo.)     August 2003-Dec. 2003
Rule 13 Prosecuting Attorney – Misdemeanors & Domestic Violence

### JOURNALISM EXPERIENCE
*The Gainesville Sun* (Gainesville, Fla.)     May 2006-August 2007
Copy Editor and Page Designer

*The Brechner Report* (Gainesville, Fla.)     January 2005-2006
Editor and Designer

### ACADEMIC & PROFESSIONAL AFFILIATIONS
American Bar Association
ABA Forum Committee on Communication Law
Association for Education in Journalism and Mass Communication
Broadcast Education Association
International Communication Association
Dow Jones Newspaper Fund Alumni
Society of Professional Journalists

### TEACHING AND CURRICULUM DEVELOPMENT
**Courses Taught at the University of Minnesota**
JOUR 8679 Seminar: Research Methods in Media Ethics and Law
JOUR 8002 Studies in Mass Communication II
JOUR 5552 Law of Internet Speech
JOUR 3776H Honors Mass Communication Law
JOUR 3776 Mass Communication Law
JOUR 3775 Administrative Law & Regulation for Strategic Communication
JOUR 3101H Honors News Reporting and Writing
JOUR 3101 News Reporting and Writing
JOUR 1001H Honors Introduction to Mass Communication
JOUR 1001 Introduction to Mass Communication

**Curriculum Development Activities and Collaboration**
JOUR 8679: Seminar: Research in Mass Communication Law & Ethics
    -Developed curriculum plan for graduate legal research course

JOUR 1001 Course Transformation Grant, Fall 2011-Summer 2012
    -Team Members: Kathleen Hansen, Seth Lewis, Nora Paul, Jennifer Williams

JOUR 3775 Administrative Law and Regulation for Strategic Communication, Fall 2011
    -Developed curriculum plan for approval of new undergraduate law course

Joint-Degree (MA/JD, JD/PhD) Program Development Team, 2007-2008

-Team Members: Al Tims, Jane Kirtley, Brian Southwell, Michael Stamm

**Teaching-Related Grants**

Liberty Tree Initiative grant to fund seven First Amendment events themed, "They All Began Here: Minnesota's Landmark Court Cases" ($5,000), Fall 2011
-Funded a keynote speaker, five panels and a student essay contest for a week of educational activities focused on three key U.S. Supreme Court cases that originated in Minnesota. Recruited speakers from three universities, five UofM academic departments and numerous area professional organizations. Enlisted help of Star-Tribune to publish winning essay.

University of Minnesota Course Transformation Program grant ($11,000), 2011-2012
-Designed to improve student experience in large-enrollment introductory class through the use of virtual job shadowing and other interactive learning components.

**Teaching Improvement Workshops**

Mid-Career Faculty Women's Community workshop, 2013-2014
-A year-long monthly workshop about improving performance in the academy

Teaching Non-Majors in Large-Enrollment Courses, Summer 2013
-A two-hour workshop on dealing with the challenges of 150+ students

Strategies for Managing Difficult Classroom Behaviors, Summer 2013
-An hour-long workshop on identifying and working with troubled students

XHTML Workshop, Summer 2012
-A four-hour workshop in web development commonly used in journalism

Moodle Workshop: Moodle 2.0 What's New, Fall 2011
-A two-hour workshop on changes and upgrades in new course management site

Moodle Workshop: Grades & Records, Fall 2010
-A three-hour workshop on using online grading in new course management site

Moodle Workshop: Creating Assignments, Fall 2010
-A three-hour workshop on creating online and interactive learning assignments in new course management site

Center for Teaching & Learning's Supporting Graduate Students workshop, April 2012
-A three-hour workshop addressing mentoring graduate students from initial entry into the program to developing a coherent research plan to finding a job.

Center for Teaching & Learning's Early Career Faculty Learning Community, 2007-2008
-A year-long, twice-monthly workshop focuses on curriculum development, teaching strategies and assessment of learning approaches.

Center for Teaching & Learning's Pathways to a Successful First Day, August 2007
-A half-day workshop on starting courses on the right foot, including syllabus construction, setting expectations and creating a conducive learning environment.

**ADVISING & MENTORING**
**Undergraduate Research Supervision**
Sarah Arendt, Undergraduate Research Opportunity Program, Spring 2009

**Undergraduate Theses**
Sarah Arendt, Summa-Level Thesis adviser, Spring 2009
Carolyn Mann, Magna-Level Thesis adviser, Spring 2010
Holly Miller, Magna-Level Thesis adviser, Spring 2010
Trevor Born, Summa-Level Thesis reader, Spring 2011
Eliza Grames, Summa-Level Thesis reader, Spring 2013
Michael Zitlow, Summa-Level Thesis reader, Spring 2013
Bryna Godar, Summa-Level Thesis reader, Spring 2014

**Undergraduate Advising**
Fall 2007-present: Between 10-20 advisees across journalism, mass comm. & strategic comm.

**Graduate Research Projects/Activities**
Thomas Ernste, Graduate Research Partnership Program, Summer 2008
Law & Policy Graduate Student Research Team (7 members), Fall 2011-present

**Master's Student Advisees**
Ron Miller: 2010-2011 – exited program without degree
Kriste Patrow: 2012-present

**MA/JD Joint-Degree Student Advisees**
Holly Miller: 2011-2013 – graduated on time; employed by Faegre Baker Daniels
Cassandra Batchelder: 2012-present; under contract with Robins, Kaplan, Miller & Ciresi
Jenna Trimboli: 2013-present
George Aschenmacher: 2013-present

**Master's Committee Service**
Bob Larson, Spring 2013 (expected graduation)

**Doctoral Student Advisees**
Brett Johnson, 2011-present

**Doctoral Committee Service**
Patrick File, 2010-2013; employed by Quinnipiac University
Thomas Ernste, 2011-present
Sarah Lageson, outside member, 2011-present

**SERVICE & PROFRESSIONAL OUTREACH**
**Service to the Discipline/Profession/Interdisciplinary Areas**
<u>Peer-Reviewed Scholarly Journal and Publication Service</u>
Editorial Advisory Board, Forum on Public Policy, 2009-present
Manuscript Reviewer, *Journal of Applied Communication Research*, 2011-present
Manuscript Reviewer, *Journal of Media Law and Ethics*, 2011-present
Manuscript Reviewer, *Communication Law & Policy*, 2008-present
Articles Editor, *Journal of Law & Public Policy*, 2004-2005
Member, *Journal of Gender Race & Justice*, 2002-2003


<u>Academic Association Leadership and Service</u>
National Membership Committee, AEJMC, 2012-2015
Professional Freedom & Responsibility (PF&R) Chair, AEJMC Law Division, 2011-2013
PF&R Pre-Conference Chair, AEJMC Law Division, 2013 national conference

PF&R Pre-Conference Chair, AEJMC Law Division, 2012 national conference
Teaching Pre-Conference Co-Chair, AEJMC Law Division, 2011 national conference
Manuscript Reviewer, International Communication Assoc. Conference: 2009-2013
Manuscript Reviewer, AEJMC National Conference: 2008, 2010, 2011, 2013
Manuscript Reviewer, AEJMC Southeast Regional Conference: 2008, 2011-2013

**Service to the University/College/Department**
University-level Service
Learning Abroad Center Study Abroad Scholarship review committee: Spring 2011, 2012
New Faculty Orientation 2008, invited "returning" faculty mentor

College-level Service
College of Liberal Arts Spring 2009 Telephone Recruiting, participant
College of Liberal Arts Spring 2008 Telephone Recruiting, participant
College of Liberal Arts Fall 2007 Recruiting Evening, participant

Department Standing Committees
SJMC Diversity Committee, chair: 2013-2014
SJMC Graduate Affairs Committee member: Spring 2007-2008, 2010-2013
    -Admissions subcommittee, 2011-2013
    -JD/PhD Program subcommittee to draft curricular model, 2007-2008

SJMC Undergraduate Affairs Committee member: 2008-2009, 2013-2014
    -Undergraduate admissions committee, Spring 2014
    -Writing-Enhance Curriculum committee, 2013-2014
    -Plagiarism/Fabrication Policy committee, 2013-2014
    -Undergraduate Honors Program subcommittee, 2009
    -Undergraduate Admissions subcommittee, 2008

SJMC P&A Merit Review Committee: 2013

SJMC Faculty Merit Review Committee: 2009-2010, 2011-2012

SJMC Accreditation subcommittee – Standard 9: Outcome Assessment: 2011-2012

Department Faculty Search Committees
SJMC PR Search Committee, chair, 2013-2014
SJMC Journalism Search Committee, member, 2011-2012
SJMC Strategic Communication Search Committee, member, 2010-2011
SJMC Journalism History Search Committee, member, 2008-2009
SJMC Electronic News Search Committee, member, Summer 2009
SJMC New Media Search Committee, member, 2007-2008

Department Ad-hoc Committees
SJMC Curriculum Transformation Program Committee (JOUR 1001): Spring 2011- Fall 2012
SJMC Committee on Faculty Voting Rights/By-Laws: 2011


**Public and Other Service**
Service to Professional and Industry Organizations
American Bar Association First Amendment Law Moot Court, brief judge: 2010, 2009
Institute for Humane Studies' KosmosOnline.org, 2010 Beta tester

Society of Professional Journalists Midwest Region Convention, speaker: 2009
Minnesota Magazine Publishers' Assn. Excellence Awards, judge: 2010-2013
Associated Collegiate Press (ACP) Summer Journalism Workshop, speaker: 2011
ACP Best of the Midwest College Newspaper Convention, speaker: 2010, 2008
ACP Best of the Midwest College Newspaper Convention, judge: 2010, 2008
Minnesota Daily Staff Orientation, speaker: 2009
Minn. High School Press Assoc. Newspaper Conference, speaker: 2008

<u>Textbook and Instructional Materials Consulting</u>
Textbook and Online Learning consultant, McGraw-Hill Higher Education: 2011
Textbook & Online Learning consultant, Pearson Learning: 2009-2010