KYLE J. KAISER (13924)
DAVID N. WOLF (6688)
Utah Attorneys General
Attorneys for Defendants
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: kkaiser@utah.gov
E-mail: dnwolf@utah.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, COUNTERPUNCH, AMY MEYER, WILL POSTTER, DANIEL HAUFF, JAMES McWILLIAMS, JESSE FRUHWIRTH,<br><br>Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; SEAN D. REYES, in his official capacity as Attorney General of Utah,<br><br>Defendants. | **DEFENDANTS' RULE 26(a)(2) DISCLOSURE REPORT AND CV OF EXPERT DR. WILLIAM JAMES**<br><br><br><br>Case No. 2:13-cv-00679-RJS-EJF<br><br>Judge: Robert J. Shelby<br>Magistrate Evelyn J. Furse |

Defendants, through counsel, hereby disclose Dr. William James as a witness, they intend to use at trial to present evidence under Fed. R. Civ. P. 702, 703, and/or 705 as follows:

1. Dr. James's report including all information required by Fed. R. Civ. P.

    26(a)(2)(B)(i)-(v) is attached hereto as Exhibit "A."

2.  Dr. James's CV is attached hereto as Exhibit "B."

DATED:  January 29, 2016

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ Kyle J. Kaiser
KYLE J. KAISER
DAVID N. WOLF
Assistant Utah Attorneys General
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2016, I e-mailed a true and correct copy of the foregoing **DEFENDANTS' RULE 26(a)(2) DISCLOSURE REPORT AND CV OF EXPERT DR. WILLIAM JAMES,** by email to the following:

Stewart Gollan
584 Wall Street
Salt Lake City, UT 84103
Email: sgollanlaw@gmail.com

Matthew Strugar
2154 W. Sunset Blvd.
Los Angeles, CA 90026
Email: matthew-s@petaf.org

Justin Marceau
2255 E. Evans Ave.
Denver, CO 80208,
Email: jmarceau@law.du.edu

Alan Chen
2255 E. Evans Avenue
Denver, CO 80208
Email: achen@law.du.edu

Matthew Liebman
170 E. Cotati Ave.
Cotati, CA 94931
Email: mliebman@aldf.org

Edward T. Ramey
Heizer Paul LLP, 2401 15th St., Suite 300
Denver, CO 80202
Email: eramey@hpfirm.com

*Attorneys for Plaintiff*

/s/  Valerie Valencia