EXHIBIT "B"

Dr. William James's CV

# Dr. William James

*2907 Alliance Lane*
*Dale City, Virginia 22193*
*703/798-7584 (mobile)*
*E-mail: Dr.Wm.James@gmail.com*
*Web site: William James and Associates*

## *Curriculum Vitae*

| | |
|---|---|
| **PERSONAL** | Birthplace - Portsmouth, Virginia, USA |
| | Birth date - February 15, 1954 |
| | |
| **EDUCATION** | Johns Hopkins University |
| | Baltimore, Maryland |
| | Graduated: *MPH*      1986 - 1987 |
| | |
| | Louisiana State University |
| | Baton Rouge, Louisiana |
| | Graduated: *DVM*      1976 - 1980 |
| | |
| | McNeese State University |
| | Lake Charles, Louisiana |
| | Major: *Aquatic Biology*      1972 - 1976 |
| | |
| **PROFESSIONAL ASSOCIATIONS** | American Veterinary Medical Association |
| | National Association of Federal Veterinarians |
| | |
| **TRADE ASSOCIATION** | North American Meat Institute |

| | |
|---|---|
| **AWARDS** | *Group Honor Award for Excellence* – For development of international "Terms of Reference" for the basis of trade of meat and poultry with Mexico.<br>USDA                                                                                          2010 |
| | *Distinguished Alumnus Award* – For accomplishments in veterinary medicine and contributions to the community through public service.<br>LSU School of Veterinary Medicine                                     2009 |
| | *Outstanding Cross-Agency Team Award* – For exemplary contributions to promotion of US meat and poultry products to foreign governments around the globe.<br>Foreign Agricultural Service                                                 2008 |
| | *Administrator's Excellence Award* – For outstanding accomplishments and professionalism in food safety and food defense.<br>FSIS                                                                                             2007 |
| | *Group Honor Award for Excellence* – For outstanding representation of US controls of BSE to international trading partners.<br>USDA                                                                                          2004 |
| | *Administrator's Award of Excellence* – For outstanding accomplishments and professionalism that enhance the Agency and help to promote the Administrator's vision of a premier public health agency.<br>FSIS                                                                                             2003 |
| | *Certificate of Merit* – For outstanding performance in responding to the BSE emergency situation in Canada.<br>FSIS                                                                                             2003 |
| | *Certificate of Merit* – For successful efforts as part of the BSE communications and policy team.<br>FSIS                                                                                             2002 |
| | *Certificate of Merit* – For outstanding contributions to U.S. Codex Office Management while on extended detail and for contributions to Codex meetings.<br>FSIS                                                                                             2002 |

**AWARDS**
*(cont.)*

*Group Honor Award for Excellence* – For unselfish performance of duty during a national security emergency to ensure the safety and emergency preparedness of the Department of Agriculture and the United States.
USDA                                                                                    2002

*Certificate of Merit* - For superior achievements and accomplishments carrying out duties and responsibilities vital to the operation of the Office of Public Health and Science.
FSIS                                                                                      2000

*Certificate of Merit* - For accomplishments far exceeding normal requirements and greatly contributing to the overall mission of the Office of Public Health and Science.
FSIS                                                                                      1998

*Group Honor Award for Excellence* - For innovative leadership and obtaining approval for a new steam vacuum cleaning process, and other antimicrobial systems, that protect Americans from food-borne diseases (Group Leader).
USDA                                                                                    1997

*Group Honor Award for Excellence* - For exceptional dedication and team work in planning, developing, and publishing a new food safety regulatory system, the Hazard Analysis and Critical Control Point Pathogen Reduction regulation.
USDA                                                                                    1997

*Unit Award for Superior Service* - For Bacterial Control Project contributions leading to the reduction of risk to consumers by identifying slaughter processing methods which reduce bacterial levels on raw poultry (Unit Leader).
USDA                                                                                    1993

*Unit Award for Superior Service* - For outstanding diligence and creativity in developing and implementing the Streamlined Inspection System for Poultry.
USDA                                                                                    1987

**ADVANCED TRAINING**

*Senior Executive Service Seminar*
   A New Day for the Civil Service
   Washington, DC
   September 15-16, 2010

*Senior Executive Service Executive Development Program*
   Seminars, leadership labs, formal detail
   Washington, DC
   December 1998 - July 1999

*Washington Executive Seminar*
   USDA Graduate School
   Rosslyn, Virginia
   June 14-25, 1999

*Executive Development Seminar*
   United States Office of Personnel Management
   Lancaster, Pennsylvania
   June 10-21, 1996

*Federal Executive Institute*
   United States Office of Personnel Management
   Charlottesville, Virginia
   July 18 - August 13, 1994

*Management Development Seminar Advanced Program*
   United States Office of Personnel Management
   Denver, Colorado
   March 8-12, 1993

*Science, Technology and Public Policy*
   United States Office of Personnel Management
   Oak Ridge, Tennessee
   March 5-16, 1990

*Management Development Seminar*
   United States Office of Personnel Management
   Denver, Colorado
   March 6-17, 1989

**PUBLICATIONS**
*(peer-reviewed)*

*Salmonella serotypes in selected classes of food animal carcasses and raw ground products, January 1998 through December 2000,* Columb P. Rigney, DVM, MPH, DACVPM …, **William James**, DVM, MPH, Journal of the Veterinary Medical Association, pp. 524-530, Vol 224, No. 4, February 15, 2004.

*Testing for Salmonella in Raw Meat and Poultry Products Collected at Federally Inspected Establishments in the United States, 1998-2000,* Bonnie E. Rose …, **William O. James**, Journal of Food Protection, Vol. 65, No. 6, 2002, Pages 937-947.

*Relevance of carcass palpation in lambs to protecting public health*, Walker, HL ..., **James, WO**, Journal of Food Protection, Vol. 63, No. 9, 2000, Pages 1287-1290.

*Analysis of Salmonella serotypes from selected carcasses and raw ground products sampled prior to implementation of the Pathogen Reduction;Hazard Analysis and Critical Control Point Final Rule in the US*, Wayne Schlosser ..., **William James**, International Journal of Food Microbiology, 58 (2000) 107-111.

*Agents, vehicles, and causal inference in bacterial foodborne disease outbreaks: 82 reports (1986-1995)*, Kenneth E. Petersen, DVM, MPH, and **William O. James**, DVM, MPH, Journal of the American Veterinary Medical Association, pp. 1874-1881, Vol. 212, June 15, 1998.

*Use of a Priority Rating Process to Sort Meatborne Zoonotic Agents in Beef*, Kenneth E. Petersen, DVM, **William O. James**, DVM, MPH ..., Journal of Agromedicine, pp. 17-36, Vol. 3, No. 1, 1996.

*Poultry Processing Line Speeds as Related to Bacteriologic Profile of Broiler Carcasses*, Robert L. Brewer, **William O. James** ..., Journal of Food Science, pp. 1022-1024, Vol. 60, No. 5, 1995.

*A Survey of Stunning Methods Used During Slaughter of Poultry in Commercial Plants*, George E. Heath, ... **William O. James**, Journal of Applied Poultry Research, 3:297-302, 1994.

*Cost-Effective Techniques to Control Human Enteropathogens on Fresh Poultry*, **William O. James**, et al, Poultry Science, 72:1174-1176, June 1993.

**PUBLICATIONS**
*(peer-reviewed)*
*(cont.)*

*Bacteria on Beef Briskets and Ground Beef: Correlation with Slaughter Volume and Antemortem Condemnation*, Allan T. Hogue, ... **William O. James** ..., Journal of Food Protection, Vol. 56, No. 2, 1993, Pages 110-113, 119.

*Effects of countercurrent scalding and postscald spray on the bacteriologic profile of raw chicken carcasses*, **William O. James**, et al, Journal of the American Veterinary Medical Association, pp. 705-708, Vol. 201, No. 5, September 1, 1992.

*Effects of chlorination of chill water on the bacteriologic profile of raw chicken carcasses and giblets*, **William O. James**, et al, Journal of the American Veterinary Medical Association, pp. 60-63, Vol. 200, No. 1, January 1, 1992.

*Profile of selected bacterial counts and Salmonella prevalence on raw poultry in a poultry slaughter establishment,* **William O. James**, et al, Journal of the American Veterinary Medical Association, pp. 57-59, Vol. 200, No. 1, January 1, 1992.

*A Method of Repairing a Fractured Core of the Horn in the Exotic Ungulate*, Michael Douglass, **Bill James**, Veterinary Medicine/Small Animal Clinician, pp. 1048-1949, Vol. 6, June 1980.

**PUBLICATIONS**
*(professional)*

*Stratégies de lutte contre Salmonella and Campylobacter dans les produits avicoles crus*, P. L. White, A. R. Baker & **W. O. James**, Contamination des produits d'origine animale: prévention et risques pour la santé publique, Revue Scientifique et Technique, Office International des Épizooties*,* Vol. 16 (2), pp. 525-541, August 1997.

*Técnicas para controlar y reducir patógenos en carne de pollo*, **William O. James**, et al., Industria Avicola, pp. 14-18, Junio 1993.

*A Study of Cost-Effective Techniques to Reduce and Control Human Enteropathogens on Fresh Poultry*, **William O. James**, et al, Proceedings 27th National Meeting on Poultry Health and Processing, pp. 44-47, October 15, 1992.

*The Puerto Rico Bacterial Control Project: A Study of Cost-Effective Techniques which Reduce and Control Salmonella in Fresh Poultry*, John C. Prucha, **William O. James**, Robert L. Brewer, Proceedings of the Symposium on the Diagnosis and Control of Salmonella, pp. 7-13, October 29, 1991.

*The Application of HACCP to Poultry Inspection - Status Report of a Feasibility Study*, John C. Prucha, **William O. James**, Ralph W. Johnston, Proceedings Ninety-Third Annual Meeting of the United States Animal Health Association, pp. 501-505, 1989.

*The application of HACCP to poultry inspection - status report of a feasibility study*, Prucha, JC, Hollingsworth, JM, and **James, WO**, Proceedings World Association of Veterinary Food Hygienists Xth (Jubilee) International Symposium in Stockholm, pp. 201-205, 1989.

*The relationship between brine-diffuser operation and zooplankton distribution*, M.C. Vecchione, ... **W.O. James**, Chapter 9 in Post-Discharge Final Report, contract DE-AC-96-80P010228 Dept. of Energy, 1983.

**WORK EXPERIENCE**

**William James & Associates, LLC**
**2012 – present**                                             **Dale City, VA**
*Chief Consultant* on international trade equivalency requirements for meat and poultry, Food Safety and Inspection Service regulatory compliance.

**United States Department of Agriculture, Food Safety and Inspection Service, Office of Field Operations**
**2008 – 2011**                                             **Washington, DC**
*Chief Public Health Veterinarian (Senior Executive Service)* representing FSIS before the world on issues of veterinary public health and animal welfare.  Responsible for a public health program that conducts inspections and enforces regulatory requirements at establishments slaughtering food animals and/or processing meat, poultry and egg products.  Oversee activities of five of OFO's 15 Districts, with combined employment of 3,200 people, combined budgets of $250 million, and regulate almost 1,400 establishments in 16 States, covering wide geographic regions in the Midwest, Southeast, and Mid-Atlantic.

**United States Department of Agriculture, Food Safety and Inspection Service, Office of International Affairs**
**2007 – 2008**                                             **Washington, DC**
*Assistant Administrator (SES)* with responsibilities for oversight of import and export issues for meat, poultry, and egg products.  Represent FSIS before foreign governments (having worked in 20 countries), and international veterinary and public health bodies.

**United States Department of Agriculture, Food Safety and Inspection Service, OIA**
**2004 – 2007**                                             **Washington, DC**
*Deputy Assistant Administrator (SES)* with responsibilities for oversight of import and export issues for meat, poultry, and egg products.  Manage food safety issues for USDA in international fora such as the Codex Alimentarius Commission and the World Organisation for Animal Health (OIE).

**USDA, FSIS, Office of Public Health Science**
**2002 – 2004**                                             **Washington, DC**
*Executive Director* for public health and scientific program services. Charged with oversight of four divisions: Microbiology Division, Risk Assessment Division, Human Health Sciences Division, Zoonotic Diseases and Residue Surveillance Division.

| | |
|---|---|
| **WORK EXPERIENCE** *(cont.)* | **USDA, FSIS, US Codex Office** (detail)<br>**2002**                                                                 **Washington, DC**<br>*Acting Director* responsible for facilitating US participation and positions on all issues related to the Codex Alimentarius Commission's numerous committees and work groups facilitating trade in safe food.<br><br>**USDA, FSIS, OPHS, Zoonotic Diseases and Residue Surveillance Division**<br>**2000 - 2002**                                                       **Washington, DC**<br>*Director* of the Division promoting food safety by evaluating public health hazards (zoonoses and residues) associated with animal populations from the farm through processing of meat, poultry, and egg products.<br><br>**USDA, OPHS, OPHS, Recall Management Division** (detail)<br>**1999**                                                                 **Washington, DC**<br>*Acting Director* responsible for determining if a recall of meat or poultry products is necessary, and the scope and class of the recall. Also, responsible for managing investigation of outbreaks of meatborne disease.<br><br>**USDA, FSIS, OPHS, Emerging Pathogens and Zoonotic Diseases Division**<br>**1997 - 2000**                                                       **Washington, DC**<br>*Director* of the Division serving as the FSIS focal point for issues related to the epidemiology of emerging human pathogens and zoonotic diseases (foreign and domestic) in animal populations.<br><br>**USDA, FSIS, Office of Policy and Program Development and Evaluation, Inspection Systems Development Division**<br>**1996 - 1997**                                                       **Washington, DC**<br>*Director* of the Division tasked with developing systems of inspection for livestock, poultry, and processed products.  Provided direction to 30 employees (including eight GS-14's) in various fields including veterinary medicine, food technology and engineering. |

| | |
|---|---|
| **WORK EXPERIENCE** *(cont.)* | **USDA, FSIS, Office of Science and Technology, Slaughter Inspection Standards and Procedures Division** <br> **1990 - 1996**                                                         **Washington, DC** <br> *Director* of the Division responsible for developing improved standards and procedures for inspection of livestock and poultry. Responsible for methods of humane handling of livestock, and development of methods to reduce foodborne illness associated with consumption of meat and poultry. <br><br> **USDA, FSIS, S&T, SISPD** <br> **1988 - 1990**                                                                           **Washington, DC** <br> *Branch Chief* of a project management branch. Provided technical and administrative direction to five veterinarians in the development of regulations pertaining to slaughter inspection, humane handling of livestock, and development of antibacterial process interventions. <br><br> **USDA, FSIS, Office of Technical Services, SISPD** <br> **1984 - 1988**                                                                           **Washington, DC** <br> *Veterinary Epidemiologist* responsible for designing, developing, testing, and implementing standards and procedures for the inspection of livestock and poultry at slaughter. Provided technical consultation to individuals, industries, and organizations inside and outside the Department. <br><br> **USDA, FSIS, Office of Field Operations** <br> **1983 - 1984**                                                                 **Shenandoah Valley, VA** <br> *Supervisory Veterinary Medical Officer* responsible for supervising USDA Food Inspectors in plants slaughtering chickens, turkeys, swine, and cattle. <br><br> **McNeese State University** <br> **1981 - 1983**                                                                        **Lake Charles, LA** <br> *Research Assistant* responsible for monitoring, measuring, documenting, and defining impacts on the living marine resources in the Gulf of Mexico caused by brine discharge from solution mining of salt domes. <br><br> **Rhodes' Veterinary Hospital** <br> **1980**                                                                                             **Sulphur, LA** <br> *Clinical Veterinarian* in private practice. Medical and surgical clinic treating 80% small animals and 20% large animals. Participated in brucellosis calfhood vaccination program for APHIS. |

| | |
|---|---|
| **SELECTED PRESENTATIONS** | *Meat and Poultry Import requirements for the United States and China* to Intecar/Asprocer & Servicio Agrícola y Ganadero <br> Santiago, Chile                                         December 2015 |
| | *Equivalence Processes for Export of Meat to the United States* to Danish meat industry delegation <br> Washington, DC                                         November 2015 |
| | *American Meat Inspection and Quarantine* to Ghana Animal Agriculture Delegation <br> Washington, DC                                         October 2015 |
| | *American Imported Meat Quarantine Policies* to US-China Meat Product Safety Seminar <br> Qingdao, China                                         September 2015 |
| | *Private Sector Best Practices for Compliance with Meat Inspection Regulations* to World Meat Industry Development Conference <br> Qingdao, China                                         September 2015 |
| | *USDA-FSIS Inspection Basics* to American Shrimp Processors Association <br> Biloxi, MS                                         March, 2015 |
| | *Equivalence Requirements – USDA/Food Safety & Inspection Service* to Irish Food Board, Embassy of Ireland <br> Washington, DC                                         February 2015 |
| | *Catfish Inspection by USDA/Food Safety & Inspection Service* to The Catfish Institute <br> Indianola, MS                                         May 2014 |
| | *Principles for Development of a National Monitoring and Surveillance System* to Supreme Council of Health <br> Doha, Qatar                                         March 2014 |
| | *Equivalence Requirements for Export of Beef to the United States* to Department of Agriculture, Food and the Marine, Irish companies <br> Celbridge, Ireland                                         December 2013 |
| | *Systematic Approach to Animal Welfare* to American Meat Institute Foundation Animal Care and Handling Conference <br> Kansas City, MO                                         October 2013 |

| | |
|---|---|
| **SELECTED PRESENTATIONS** (cont.) | *Meat and Poultry Processing, Inspection, and Trade in the US* to Lithuanian International Food Manufacturing Team<br>    Washington, DC                                                                June 2013 |
| | *International Production and Trade of Meat* to Cochran Program Turkish Government/Industry Delegation<br>    Washington, DC                                                                 May 2013 |
| | *Equivalence Issues – Learning from Experience* to International Production & Processing Expo<br>    Atlanta, GA                                                                   January 2013 |
| | *International Beef Production and Trade* to French beef industry reps (Interbev, Federation Nationale Bovine)<br>    Washington, DC                                                          November 2012 |
| | *Food Safety Inspection* to Cochran Fellowship Program multinational African delegation<br>    Washington, DC                                                          November 2012 |
| | *Equivalence to the US Inspection Program* to Spanish Packers and Processors<br>    Burgos, Spain                                                                October 2012 |
| | *Bovine Spongiform Encephalopathy Safeguards by the United States* to official Taiwanese government delegation on BSE<br>    Washington, DC                                                                  May 2012 |
| | *Food Safety in the United States* to Association of South East Asian Nations (ASEAN) delegation<br>    Washington, DC                                                                April 2012 |
| | *Food Safety Inspection Systems* to China Administration of Quality Supervision, Inspection, and Quarantine (AQSIQ)<br>    Qingdao, China                                                              March 2012 |
| | *The Role of the Food Safety & Inspection Service in International Trade* to North American Meat Processors Annual Convention<br>    Tucson, AZ                                                              February 2012 |
| | *History of the Food Safety and Inspection Service* to the Inaugural Celebration of the 400th Anniversary of the Veterinary Profession<br>    Washington, DC                                                          February 2011 |

| | | |
|---|---|---|
| **SELECTED PRESENTATIONS** (cont.) | *Regulatory Update: FSIS* to Food and Feed Safety Committee, USAHA | |
| | Minneapolis, MN | November 2010 |
| | | |
| | *Epidemiology of E. coli O157:H7* to Food and Feed Safety Committee, USAHA | |
| | Minneapolis, MN | November 2010 |
| | | |
| | *FSIS Regulatory Perspective on Listeria monocytogenes* to AVMA Annual Convention | |
| | Atlanta, GA | August 2010 |
| | | |
| | *Investigation of Downer Cow Abuse in California* to AVMA Annual Convention | |
| | Seattle, WA | July 2009 |
| | | |
| | *FSIS and Animal Welfare* to American Meat Institute Foundation Animal Care and Handling Conference | |
| | Kansas City, KS | March 2009 |
| | | |
| | *Ensuring the Trade of Safe and Suitable Meat & Poultry* to AVMA Annual Convention | |
| | New Orleans, LA | July 2008 |
| | | |
| | *Identification and Removal of Specified Risk Materials* to Thai Department of Agriculture | |
| | Bangkok, Thailand | April 2007 |
| | | |
| | *US Controls of Bovine Spongiform Encephalopathy* to Filipino Department of Agriculture | |
| | Manila, Philippines | March 2006 |
| | | |
| | *International Trade of Poultry Products* to Administration of Quality Supervision, Inspection, and Quarantine | |
| | Beijing, China | October 2005 |
| | | |
| | *The Triad of Protection for Imported Meat and Poultry* to AVMA Annual Convention | |
| | Minneapolis, MN | July 2005 |
| | | |
| | *Specified Risk Material Determination* to Japan/United States BSE Scientific Work Group | |
| | Tokyo, Japan | June 2004 |

| | |
|---|---|
| **SELECTED PRESENTATIONS** (cont.) | *USDA/FSIS Position on BSE High-Risk Material Disposition* to Prion Inactivation: Current Technology and Research Needs Symposium<br>Washington, DC                                                    April 2004 |

*Pathogen Standards for Raw and RTE Meat Products* to Sino-USA Seminar on Meat and Poultry Safety
Beijing, China                                                    December 2003

*National Residue Program* to Sino-USA Seminar on Meat and Poultry Safety
Beijing, China                                                    December 2003

*Recall Management System* to Sino-USA Seminar on Meat and Poultry Safety
Beijing, China                                                    December 2003

*Risk Assessment Procedures* to Sino-USA Seminar on Meat and Poultry Safety
Beijing, China                                                    December 2003

*Criteria for Determining Food Safety Significance of Animal Diseases* to Codex/OIE Committee on Zoonotic Diseases
Rome, Italy                                                          July 2003

*Antimicrobial Resistance – FSIS Perspective* to the National Antimicrobial Resistance Monitoring System annual meeting
Hilton Head, SC                                                November 2002

*Introduction to Codex Alimentarius* to U.S. Codex Technical Workshop
Beijing, China                                                  September 2002

*Features of the Proposed Draft Code of Hygiene Practice for Fresh Meat* to Codex Comm. on Meat & Poultry Hygiene Public Meeting
Washington, DC                                               December 2001

*Marker Residues and Repeat Residue Violators Policies* to Food Safety Committee, USAHA
Hershey, PA                                                       November 2001

*History and Recent Trends in Food Safety* to National Meeting on Poultry Health and Processing Plenary Session
Ocean City, MD                                                    October 2001

**SELECTED PRESENTATIONS** (cont.)

*HACCP Inspection Models Project* to Working Group on Poultry: Codex Committee on Meat and Poultry Hygiene
Berlin, Germany                                                                       June 2001

*BSE Risk Assessment* to Joint WHO/FAO/OIE Technical Consultation on BSE and Its Risks: Animal Health, Public Health, and Trade
Paris, France                                                                          June 2001

*FSIS Evaluation of Adjuvants in Biologics for Food Animals* to Animal Health Industry
Ames, IA                                                                         February 2001

*The National Residue Program* to Association of Food and Drug Officials
Washington, DC                                                                November 2000

*Salmonella serotypes found on carcasses and raw ground products* to Public Health Committee, Salmonella Committee, USAHA
Birmingham, AL                                                                   October 2000

*Thoughts on a BSE Proposed Rule* to 3rd Annual Trilateral Transmissible Spongiform Encephalopathy Meeting
Ottawa, Canada                                                               September 2000

*Potential Measures for BSE Emergency Rules* to 2nd Reunión Tripartita de Encefalopitías Espongiformes Transmisibles
Mexico City, Mexico                                                          November 1999

*Risk-Based Inspection* to Australian Think Tank: Risk-Based Inspection of Swine
Adelaide, Australia                                                             November 1998

15

| | |
|---|---|
| **TELEVISION INTERVIEWS** | *The Trouble with Chicken*<br>  PBS Frontline<br>  May 2015<br><br>*Chasing Outbreaks: How Safe is Our Food?*<br>  Retro Report – The New York Times<br>  May 2015<br><br>*The Politics of Poultry*<br>  The Stream – Al Jazeera America<br>  August 2014<br><br>*Catfish Inspection*<br>  Good Morning Mississippi<br>  April 2014 |
| **PODCASTS** | *Farmers Markets and Food Safety* for American Veterinary Medical<br>  Association<br>  September, 2011<br><br>*FSIS Keeps Your Food Safe* for American Veterinary Medical<br>  Association<br>  February, 2011 |
| **CONGRESSIONAL TESTIMONY** | *Imported Food Safety Hearing*<br>  House Committee on Energy and Commerce (Dingell, D-MI)<br>  Subcommittee on Oversight and Investigations (Stupak, D-MI)<br>  2123 Rayburn House Office Building<br>  October 11, 2007<br><br>*Trade Hearing*<br>  House Committee on Ways and Means (Rangel, D-NY)<br>  Subcommittees Trade (Levin, D-MI), Oversight (Lewis, D-GA)<br>  1100 Longworth House Office Building<br>  October 4, 2007 |

| | |
|---|---|
| **WRITING EXPERIENCE** | [*Regs, Rules and Remedies*](#)<br>Meatingplace.com<br>September 2013 – Present |
| | *Inspection Insights*<br>Journal of the American Veterinary Medical Association<br>1998 |
| | *FSIS Food Safety Review*<br>Contributing Editor<br>1992-1993 |
| | *Beaumont Enterprise*<br>By-line sportswriter<br>1981 |
| **TRAINING VIDEO** | *Transport Quality Assurance*<br>National Pork Board - for Transporters, Producers, and Handlers<br>February 2014 |