EXHIBIT "B"

Dr. David A. Pyle's CV

## Curriculum Vitae for David A. Pyle, D.V.M.

Address:	2650 Pebble Ct., Zeeland, MI 49464

Education:	B.S. & DVM (1976) from Michigan State University

Diplomate of American College of Poultry Veterinarians

Currently:	Independent Veterinary Poultry Consultant providing veterinary services to several large integrated poultry operations, as well as performing independent third party poultry welfare audits for multiple firms.

Current state Veterinary licenses:
Michigan, Wisconsin, Indiana, Iowa, Minnesota

Previous positions:

Professional Services Veterinarian, Poultry Specialist
Bayer Health Care, LLC
Intensive Production Unit,
Shawnee Mission, KS

Executive Director of Live Production for Bil Mar Foods, Div. Of Sara Lee Corp.
Live Production Manager for Bil Mar Foods, Zeeland, MI
Staff Veterinarian for Bil Mar Foods, Zeeland, MI
Private mixed animal practice, Plainwell, MI

Professional activities:
Member of American Association of Avian Pathologists
Member of American Veterinary Medical Association
Member and Past President of the Association of Veterinarians in Turkey Production
Member of the National Turkey Federation Turkey Health and Welfare Committee
Member of Association of Veterinarians in Egg Production
Professional Animal Auditor Certification Organization (PAACO) Board of Directors, and a Foundation Poultry auditor for this organization
Past President and current Board member, Michigan Allied Poultry Industries
Past Board Member of the National Turkey Federation
Recipient of Meritorious Service Award, North Central Avian Disease Conference, 2001

Over 20 years of poultry production experience for Bil Mar Foods Division of Sara Lee Corp. as staff veterinarian and live production manager have provided me with a strong poultry production background. Following Sara Lee, I was a poultry technical service veterinarian for Bayer Health Care, Animal Health, for seven years with emphasis on problem solving for layer, turkey, and broiler customers in the U.S. This included supporting and defending Baytril® use in poultry, as well as technical support for other Bayer products to the poultry industry. Currently I am an independent veterinary consultant to several poultry, animal health, and nutrition companies providing veterinary services including poultry health, production management, condemnation reduction, and poultry care and well-being. I am currently serving as chairman of a National Turkey Federation sub-committee that is revising the NTF Turkey Care and Welfare programs and audits.