DAVID N. WOLF (6688)
KYLE J. KAISER (13924)
DARIN B. GOFF (11355)
Utah Attorney General's Office
Assistant Utah Attorneys General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@utah.gov
E-mail: kkaiser@utah.gov
E-mail: dgoff@utah.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, AMY MEYER,<br><br>Plaintiffs,<br><br>v.<br><br>GARY R. HERBERT, in his official capacity as Governor of Utah; SEAN D. REYES, in his official capacity as Attorney General of Utah,<br><br>Defendants. | **STIPULATION RE EXPERT WITNESS DISCOVERY AND DISPOSITIVE MOTIONS**<br><br><br><br>Case No. 2:13-cv-00679-RJS-EJF<br>Judge: Robert J. Shelby<br>Magistrate Judge: Evelyn J. Furse |

Pursuant to Federal Rule of Civil Procedure 29, Plaintiffs Animal Legal Defense Fund, People for the Ethical Treatment of Animals, and Amy Meyer; and Defendants Gary Herbert and Sean D. Reyes, by and through Undersigned Counsel, hereby stipulate and agree as follows:

1. All parties waive the right to depose the other parties' designated expert witnesses.

2. Neither party shall supplement their expert witnesses' reports, or provide supplementary expert witness testimony in any form, to support or oppose a party's motion for summary judgment.

3. This Stipulation does not affect any party's right to challenge the admissibility of another party's expert pursuant to Federal Rule of Civil Procedure 702.  If an expert is challenged, the party may provide supplementary expert witness testimony to the Court for the purposes of the challenge only.

4. This Stipulation does not affect any party's right, at trial, to present the expert's live testimony or to supplement the expert report, pursuant to the extent allowed by the Federal Rules of Civil Procedure.

DATED:  March 9, 2016.

                                                OFFICE OF THE UTAH ATTORNEY GENERAL

                                                /s/Kyle J. Kaiser
                                                DAVID N. WOLF
                                                KYLE J. KAISER
                                                DARIN B. GOFF
                                                Assistant Utah Attorneys General
                                                Attorneys for Defendants

DATED: March 9, 2016	PETA FOUNDATION

By:	/s/ Matthew Strugar[1]
	Matthew Strugar
	Attorney for Plaintiffs

---

[1] Electronically signed with permission of Mr. Strugar.  Mr. Strugar further asserted that he has authority to sign on behalf of all Plaintiffs.