DAVID N. WOLF (6688)
KYLE J. KAISER (13924)
DARIN B. GOFF (11355)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: dnwolf@agutah.gov
E-mail: kkaiser@agutah.gov
E-mail: dgoff@agutah.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, COUNTERPUNCH, AMY MEYER, WILL POSTTER, DANIEL HAUFF, JAMES McWILLIAMS, JESSE FRUHWIRTH, <br><br> Plaintiffs, <br><br> v. <br><br> GARY R. HERBERT, in his official capacity as Governor of Utah; SEAN D. REYES, in his official capacity as Attorney General of Utah, <br><br> Defendants. | **ORDER WITHDRAWING MOTION FOR ATTORNEY'S FEES AND COSTS** <br><br><br> Case No. 2:13-cv-00679-RJS-EJF <br><br> Judge: Robert J. Shelby |

NOW before the Court is Plaintiffs' Motion for an Award of Attorney's Fees and Costs (doc. 207). After Plaintiffs filed the motion, the Parties engaged in settlement negotiations over

Plaintiffs' request for costs and fees. The Parties entered into a conditional settlement (doc. 222) resolving the fee issue, conditioned on funding the settlement. The Parties then filed a Joint Notice, alerting the Court that the settlement was funded, and a check presented to local counsel for Plaintiffs on February 22, 2018. Accordingly, because the request for a court determination of Plaintiffs' costs and fees is moot, and pursuant to the parties' agreed terms in the conditional settlement, Plaintiffs' Motion for an Award of Attorney's Fees and Costs (doc. 207) is **WITHDRAWN.**

**IT IS SO ORDERED.**

Dated: Octej "4; ."423:

The Honorable Robert J. Shelby
United States District Judge
District of Utah